Aidan W. Butler (SBN 208399)
Attorney at Law
3540 Wilshire Boulevard, Suite 1030
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff ADINA ZAHARESCU

FILED
2009 APR -8 PM 12: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA ZAHARESCU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-FR1; QUALITY LOAN SERVICE CORPORATION, a California corporation; LITTON LOAN SERVICING LP, a business entity of form unknown; AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV09-0428 CJC (ANx)<br><br>**NOTICE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT HEREIN:**

The undersigned, counsel of record for plaintiff ADINA ZAHARESCU, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to

---

1    NOTICE OF INTERESTED PARTIES

1 | evaluate possible disqualification or recusal.

2 |     1) Plaintiff ADINA ZAHARESCU;

3 |     2) Defendant LITTON LOAN SERVICING LP;

4 |     3) Defendant AMERIQUEST MORTGAGE COMPANY;

5 |     4) Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-FR1; and

8 |     5) Defendant QUALITY LOAN SERVICE CORPORATION.

DATED: April 7, 2009              Respectfully submitted,

By: _____
Aidan W. Butler
Attorneys for Plaintiff
ADINA ZAHARESCU