Aidan W. Butler (SBN 208399)
Attorney at Law
3540 Wilshire Boulevard, Suite 1030
Los Angeles, California 90010
Telephone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff ADINA ZAHARESCU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ADINA ZAHARESCU, an
individual,

         Plaintiff,

   vs.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE
FOR ASSET-BACKED PASS-
THROUGH CERTIFICATES,
SERIES 2004-FR1; QUALITY
LOAN SERVICE CORPORATION,
a California corporation; LITTON
LOAN SERVICING LP, a business
entity of form unknown;
AMERIQUEST MORTGAGE
COMPANY, a Delaware
corporation; and DOES 1 through
10, inclusive,

         Defendants.

CASE NO. SACV09-0428 CJC (ANx)

NOTICE OF RELATED CASES

## TO THE HONORABLE COURT HEREIN:

The undersigned, counsel of record for plaintiff ADINA ZAHARESCU, hereby

states that to the best of his knowledge there are no cases which, along with the

above-captioned action,

1    a) arise from the same or substantially identical transactions, happenings, or
2  events;
3    b) call for determination of the same or substantially identical questions of law
4  and fact; or
5    c) are likely to entail a substantial duplication of labor if heard by a different
6  judge.

7

8

9  DATED: April 7, 2009                    Respectfully submitted,

10

11

12                              By: _____
13                                  Aidan W. Butler
                                    Attorneys for Plaintiff
14                                  ADINA ZAHARESCU

15

16

17

18

19

20

21

22

23

24

25

26

27

28