**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

Attorneys for Defendant,
Quality Loan Service

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA ZAHARESCU,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-FR1; QUALITY LOAN SERVICE CORPORATION, a California corporation; LITTON LOAN SERVICING LP, a business entity of form unknown; AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. SACV09-0428 CJC (ANX)<br><br>**QUALITY'S DECLARATION OF NONMONETARY STATUS**<br>**[Civil Code §29241]** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　NOTICE IS HEREBY GIVEN THAT Defendant QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby submits the attached Declaration of Trustee's Nonmonetary status pursuant to California Civil Code §2924*l*.

　　Section 2924*l* provides in the pertinent part that:

> "[I]n the event that the trustee maintains a reasonable belief that it has been named in the action or proceeding solely in its

1
**QUALITY'S NONMONETARY STATUS**

capacity as trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as trustee then at any time, the trustee may file a declaration of nonmonetary status."

Quality believes that it has been named in the above-entitled action solely in its capacity as Trustee under the Deed of Trust, which is the subject of this action, executed by Plaintiff against the real property commonly known as 4351 La Barca Drive, Tarzana, CA 91356.

Dated: April 24, 2009

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: /s/ Matthew Podmenik
Matthew Podmenik, Esq.
Attorneys for Defendant,
Quality Loan Service Corporation