**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
1770 Fourth Avenue
San Diego, CA 92101
Telephone:   (619) 685-4800
Facsimile:   (619) 685-4811

Attorneys for Defendant,
Quality Loan Service

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA ZAHARESCU,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-FR1; QUALITY LOAN SERVICE CORPORATION, a California corporation; LITTON LOAN SERVICING LP, a business entity of form unknown; AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. SACV09-0428 CJC (ANX)<br><br>**DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S NONMONETARY STATUS** |

I, David Owen, declare as follows:

1.　I am the Chief Operations Officer for Defendant Quality Loan Service Corp. ("Quality"). I make the following Declaration in support of its Nonmonetary Status.

2.　If called to testify as a witness thereon, I could and would competently testify as to all the facts stated in this Declaration.

3.　This Declaration is made pursuant to California Civil Code section

1

**DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S NONMONETARY STATUS**

CA09-11822

29241.

4. Quality is a Trustee under a Deed of Trust dated February 19, 2004. Said Deed of Trust is a secured lien on real property commonly known as 4351 La Barca Drive, Tarzana, CA 91356, and was recorded on March 12, 2004 in the Los Angeles County Recorder's Office as Instrument Number 04-0593924.

5. Quality is named as a Defendant in this action solely in its capacity as Trustee under the Subject Deed of Trust. Further, it is Quality's reasonable belief that it has not been named as a Defendant because of any acts or omissions on its part in the performance of its duties as Trustee.

6. The Complaint seeks causes of action believed to be directed at co-Defendants and not the Trustee. Quality believes it has been named simply as Quality believes it has been named simply as a nominal Defendant and that Plaintiff is not seeking any monetary or other relief against it. Specifically, the thrust of Plaintiff's Complaint pleads causes of action for fraud, violations of the Truth in Lending Act (TILA), and Rescission, believed to be directed at co-Defendants and not the Trustee. Quality Loan Service is not the originator of the loan, nor had any involvement in the creation of the loan in question and therefore believes it is not responsible for the Plaintiff's causes of actions in this matter.

7. Quality agrees to be bound by whatever order or judgment is issued by this Court regarding the Trustee, provided such order or judgment is nonmonetary relief only.

I declare under penalty of perjury under the laws of the State of California, that the foregoing its true and correct. Executed on April 24, 2009 at San Diego California.

By:     /s/ David Owen
       David Owen
       Chief Operations Officer for
       Defendant, Quality Loan Service Corporation