**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
1770 Fourth Avenue
San Diego, CA 92101
 Telephone:   (619) 685- 4800
 Facsimile:    (619) 685-4810

Attorneys for Defendant,
Quality Loan Service

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA ZAHARESCU,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-FR1; QUALITY LOAN SERVICE CORPORATION, a California corporation; LITTON LOAN SERVICING LP, a business entity of form unknown; AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV09-0428 CJC (ANX)<br><br>**PROOF OF SERVICE** |

## **DECLARATION OF SERVICE**

I, Lisa Rodriguez, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal

Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

On April 24, 2009, I served the following document(s):

- **DECLARATION OF NONMONETARY STATUS;**
- **DECLARATION OF DAVID OWEN IN SUPPORT OF QUALITY'S NONMONETARY STATUS.**

Aidan W. Butler
Attorney At Law
3540 Wilshire Boulevard, Suite 1030
Los Angeles, CA 90010

in the following manner of service (check appropriate):

    **XX**        **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

    _____        **BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of McCarthy & Holthus, LLP, San Diego, California.

    _____        **BY AIRBORNE EXPRESS:** I caused such documents to be delivered by Airborne Express to the offices of the addressee(s)

    _____        **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above.

1  I declare under penalty of perjury under the laws of the State of California,
2  that the foregoing is true and correct. Executed on April 24, 2009 at San Diego,
3  California.

By:     /s/ Lisa Rodriguez
            Lisa Rodriguez