1
2
3
4
5
6
7

BUCHALTER NEMER
A Professional Corporation
    Joanne N. Davies (SBN:  204100)
    *jdavies@buchalter.com*
    David M. Liu (SBN:  216311)
    *dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 224-6478

Attorneys for Defendant
AMERIQUEST MORTGAGE COMPANY

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ADINA ZAHARESCU, an individual | Case No.  SACV 09-0428 CJC (ANx) |
| 12        Plaintiff, | |
| 13      vs. | NOTICE OF INTERESTED PARTIES |
| 14  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | [Central Dist. L.R. 7.1-1] |
| 15  FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, | |
| 16  SERIES 2004-FR1; QUALITY LOAN SERVICE CORPORATION; a | |
| 17  California corporation; LITTON LOAN SERVICING, LP, a business | |
| 18  entity of form unknown; AMERIQUEST MORTGAGE | |
| 19  COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| 20        Defendants. | |
| 21 | |

22
23
24
25
26
27
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 3663563v1

AMERIQUEST'S NOTICE OF INTERESTED PARTIES

1     The undersigned, counsel of record for defendant Ameriquest Mortgage

2  Company, certifies that the following listed parties may have a pecuniary interest in

3  the outcome of this case.  These representations are made to enable the Court to

4  evaluate possible disqualification or recusal:

5         <u>Party or Representative</u>                    <u>Interest in Matter</u>

6     1.    Ameriquest Mortgage Company              *Defendant*

7     2.    ACC Capital Holdings Corporation         *Parent to Ameriquest*

8     3.    Buchalter Nemer, A Professional

9          Corporation                              *Counsel for Ameriquest*

10  DATED:  May 26, 2009              BUCHALTER NEMER
                                      A Professional Corporation
11

12

13                                    By:          */s/ David M. Liu*
                                               DAVID M. LIU
14                                          Attorneys for Defendant
                                       Ameriquest Mortgage Company

15

16

17

18

19

20

21

22

23

24

25

26

27

28