JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA ZAHARESCU, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-FR1; QUALITY LOAN SERVICE CORPORATION; a California corporation; LITTON LOAN SERVICING, LP, a business entity of form unknown; AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  SACV 09-0428 CJC (ANx)<br><br>[PROPOSED] JUDGMENT |

Pursuant to the Court's Order of November 9, 2009 granting, without leave to amend, defendant Ameriquest Mortgage Company's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) against plaintiff Adina Zaharescu's second amended complaint,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Adina Zaharescu's action against Ameriquest Mortgage Company is DISMISSED WITH PREJUDICE. Ameriquest shall recover its costs. The Court orders that such judgment be entered.

IT IS SO ORDERED.

DATED: November 13, 2009

THE HONORABLE CORMAC J. CARNEY
JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted by,

BUCHALTER NEMER
A Professional Corporation
    Joanne N. Davies (SBN: 204100)
    *jdavies@buchalter.com*
    David M. Liu (SBN: 216311)
    *dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 224-6478

Attorneys for Defendant
AMERIQUEST MORTGAGE COMPANY